IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT STATE OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 20 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO
(42 U.S.C. §Section 1983

Lowell H. KYLE Se.
#44474

                    Plaintiff                    4:23 CV 243
                                        CIVIL ACTION NO.

              VS.

Steve Wilson Sheriff
WALKER County Detention Center
OFFICIAL OF the Detention Center

_____

I   PREVIOU Lawsuits:
        A) Have I filed other lawsuits in FEDERAL Courb while INCARSERATED
   IN Any INSTITUTION?
                    ( )yes    (✓)no

        B) JF MY ANSWER to A is Yes? Discribe below;
            1.) Plaintiffs!



            Defendants:



        2) Court?



        3) Docket No!

PREVIOUS LAWSUITS (Cont'd)

4. Name of Judge to Case!

5. Did the previous case involved the same facts?
( ) yes  ( ✓ ) no

6.) Disposition?
    Dismissed _____ Appealed _____ Pending _____

7.) Approx Date of filing lawsuit:

8) Approximate date of Disposition!


II Exhaustion of Administrative Remedies:
Pursuant to 28 U.S.C. § 1997 E(A), No prisoner civil rights action
shall be brought in Federal Court until all available remedies are
Exhausted, Exhaustion of Administrative Remedies is a precondition
to Suit, and the Prisoner Plaintiff must establish that he has
exhausted the entire institutional Grievance procedure in order
to State a Claim for Relief.
            A) Place of Present Confinement:
                Lowell H. Kyle Sr. 44474
                Walker County Jail/Detention Center
                105 S. Duke Street
                Lafayette, Georgia, 30728

            B) Is there a Prisoner Grievance procedure no
            this institution?
                ( ) yes ( ) No

            C) Did you present the facts to your Complaint
               under the Grievance procedure?
                ( ✓ ) yes ( ) No.

B.) If your answer is yes

1.) What steps did I take and what were
the results?

Filed my Grievance in Aug 2023 of this
year, on violation of Constitutional Right violations,

Results! was Rejected they do things their way
here, And if I preseeded I would have a new charge
of Terrorret threat put on himself So I choose
this way, That was the Capt. Foster words cause
she runs the Jail

III Parties:

A Name of Plaintiff
        Lowell H, Kyle Sr.
    Address
        Walker County Jail
        106 S, Duke Street
        Lafayette, Georgia 30728

    B.) Defendant(s)
        Sheriff Steve Wilson
        Capt. M. Foster
        Sgt. Petti John
        Medical Staff
        Detention Officers

    employed as
        Sheriff Walker County
        Sheriff Deputies
        Medical Staff

    At: 106 S. Duke Street
        Lafayette, Georgia 30728

IV | STATEMENT OF CLAIM:
(STATE here briefly As possible the Facts of your case.

1.) When an inmate FILES A GRIEVENCE in Accordance
with Rules AND Procedures Alone with information that
Supreme Rulings AND was Rejected OR I could Face new
CHARGES of TERRORIST Threats AND RetaliAtion of being
put in Solutary Confinement.

A.) Postage, Pens, Paper, Document, Notaries, INMATES
must Be provided at State expense with paper AND Pens to draft
legal Documents, with NOTARIALS Services to "Authenticate" them
with Stamps to Mail them". However, indigent prisoners/INMATES
NEED NOT BE Given Free Access to the MATERIALS AND Services.
IN ADDITION UNDER Lewis V. Casey, A PRISONER/JAIL's obligation
to provide these MATERIALS/Services can only be enforced if the
PRISONER CAN So Restrictions in Question Frustrated or impedes his
Ability to bring A NON-Frivolous lawsuit.

B.) Retaliation Claim: First Amendment prohibits State
Officials/Officers from Retaliating AgAinst INMATES/Prisoners for
exercising their Rights of Access to the Courts. To Proceed on A
Claim for Retaliation a prisoner must ESTABLISH three elements 1.)
his speech was constitutionally protected 2.) the Prisoner/INMATE
suffered Adverse Action such that the Defendant allegedly
Retaliatory conduct would likely deter A person of ordinary
firmness from engaging in such speech AND MANNER 3.) There is A
causal Relationship between the Retaliatory Action AND the
protected inmate. A prisoner/INMATE protected RIGHT (such as
the RIGHT TO FREE ACCESS TO THE COURTS).

2

√ Relief:
(STATE BRIEfly exactly what you want the Court to do for you?

I seek and pray to have the Charges Droped Release
AND Returned Back Home to Illinois So that I can go
back to work, or Released to Tennessee and Return to
Work at Volkswagon of Chattanooga, Tenn. And monetary
Sum the Court seems fit and proper to get back to my
life.

Signed this 16 day of Oct. 2023.

Respectfully
Signature: Lowell H Kyle Sr.
Print: Lowell H. Kyle SR.
Plaintiff.

State of Georgia
County (City) of Walker County
Lafayette, Georgia 30728

I Declare under Penalty of Perjury that the Foregoing
is true and Correct.

Executed Oct. 14, 2023

Lowell H Kyle Sr
Plaintiff

First Amendment

First Amendment Protect your rights to send and Receive letters. Many years ago Prison officials were Required to meet a strict test to justify there needs and interest before the court would allow them to interfere with mail. Today, the court would allow this test with mail because of an easy way to ship drugs into the Prison. The test is still done today. All Jails/Prison Facilities allow mail to go out and receive letters because of being Contrabad into prison.

Rule: The Regulations must Protect an important or substantial interest of Prison/Facilities and be necessary and essential to achieving that interest.

Under the Martinez Rule: A prison/jail official cannot censor your mail comments about the Jail/Facility Bressman v. Farrick 825 F. Supp. 221

In one case Harrison vs. Institutional Gang of Investigation United State Congress passed the Prison Litigation Reform Act (PLRA) A Federal Statute that makes it more difficult for Prisoners to Pursue Forma Pauperis without paying filing fee/cost.

3

2) As in this instant case the facts are factual of and will remain of Cruel and Unusual Punishment, under the 8th Amendment violations of overcrowding, medical indifference; in Adequate medicine given out by Correctional officers. Walker County Correctional officer given out seizure medication to some one who has never had a seizure or the simpson of seizures.

3) The is not 4th Amendment of Due Process of Law in this Jurisdiction Circuit Court Been to Court 5 times the State law and produce out of State witnesses 4 times since 2019 and I'm still incarcerated without Bond and I'm a Codefendant in my Son's case.

4) Living Conditions - I'm deprivation of having proper clothing, Got one pair of socks - on pair Boxers - no T Shirt. But if you loos things your charged Be they I'm deprived Legal Documents, I'm locked down 24 Hours 7 days a week, Official keep it like a Meat cooker in the Pods even Nurses say it really cold when they open the Door, you get on Blanket and it not enough, They put you in with People who are sick and have COVID.
Shower has mold in it. So you don't get Sanitation Stuff to clean properly.

5.) Fact is Walker County Runs the facility there's way they been doing it for years. There's no Daily Operating Procedural Rules in Place.

4